# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | |
|---|---|
| **MARION E. HANKINS, PEGGY D. HANKINS and JAMES F. HANKINS** | **PLAINTIFFS** |
| v. | **CIVIL ACTION NO. 3:08-cv-00639-DPJ-JCS** |
| **FORD MOTOR COMPANY and JOHN DOES 1-5** | **DEFENDANTS** |

___

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES CONTAINED IN SCHEDULING ORDER
___

After review of the Unopposed Motion to Extend Deadlines Contained in Scheduling Order filed by Plaintiffs, this Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the deadlines in this matter are extended 90 days as follows:  December 17, 2009 – Defendant's Expert Designation Deadline; January 18, 2010 – Completion of Discovery; February 1, 2010 – Motion Deadline (other than in limine motions); April 8, 2010 – Settlement Conference before the magistrate judge; and June 4, 2010 – Pre-trial Conference.  The trial of this matter to be set for the term beginning July 19, 2010.

**SO ORDERED AND ADJUDGED** this the 1th day of September, 2009.

                                                          s/ *Daniel P. Jordan III*
                                                          UNITED STATES DISTRICT JUDGE